FILED
2026 Sep-15 AM 11:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ] | |
| | ] | |
| | ] | |
| **v.** | ] | **2:25-cr-653-ACA-GMB-1** |
| | ] | |
| **ERIC DEWAYNE THOMAS,** | ] | |
| | ] | |
| **Defendant.** | ] | |

## ORDER

Defendant Eric Dewayne Thomas moves to dismiss the indictment. (Doc. 39). The magistrate judge issued a report recommending that the court deny the motion on the basis that binding circuit precedent forecloses the motion. (Doc. 46). Mr. Thomas objects. (Doc. 47). The court **OVERRULES** the objection, **ADOPTS** the report, **ACCEPTS** the recommendations, and **DENIES** the motion to dismiss the indictment.

**DONE** and **ORDERED** this September 15, 2026.

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE