FILED
2026 Oct-05 AM 10:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ] | |
| | ] | |
| | ] | |
| **v.** | ] | **2:25-cr-653-ACA-GMB-1** |
| | ] | |
| **ERIC DEWAYNE THOMAS,** | ] | |
| | ] | |
| **Defendant.** | ] | |

**ORDER**

Defendant Eric Dewayne Thomas moves to suppress evidence. (Doc. 25). The magistrate judge issued a report recommending that the court deny the motion. (Doc. 40). Based on Mr. Thomas's objections (doc. 43), the court held an evidentiary hearing. The court finds Officer Steven Buchholz credible based on the consistency of his testimony as well as his demeanor and tone while testifying. As a result, the court **OVERRULES** Mr. Thomas's objections, **ADOPTS** the report, **ACCEPTS** the recommendation, and **DENIES** the motion to suppress.

**DONE** and **ORDERED** this October 5, 2026.

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE